# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEMMA TRAYA AUSTIN (1),<br>MICHAEL CRIS TRAYA SORDILLA (2),<br>BRYAN NAVALES TAROSA (3),<br><br>Defendants. | Case No.: 24CR2712-JLS<br><br>**ORDER GRANTING THE JOINT MOTION TO DECLARE THE CASE COMPLEX, CONTINUE MOTION HEARING/TRIAL SETTING, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM MAY 9, 2025, TO AUGUST 29, 2025** |

The Court finds as follows:

1. On December 9, 2024, a sealed complaint charging defendants MICHAEL CRIS TRAYA SORDILLA ("SORDILLA") and BRYAN NAVALES TAROSA ("TAROSA") with conspiracy to commit mail and wire fraud was filed in case 24-mj-04583-JLB.

2. On December 12, 2024, a sealed complaint charging defendant GEMMA TRAYA AUSTIN ("AUSTIN") with conspiracy to commit money laundering was filed in case 24-mj-04657-JLB.

3. Defendants SORDILLA and TAROSA were arrested in the Southern District of California on December 9, 2024, and first appeared before a judicial officer of this court on December 10, 2024.

4. Defendant AUSTIN was arrested in the Southern District of California on December 12, 2024, and made her initial appearance before a judicial officer of this court on December 13, 2024.

5. An Indictment charging AUSTIN, SORDILLA, and TAROSA was filed in this case. ECF No. 16.

6. Defendants AUSTIN and TAROSA were arraigned on the Indictment on December 24, 2024, and entered not guilty pleas. ECF Nos. 17, 18.

7. Defendant SORDILLA was arraigned on the Indictment on January 7, 2025, and entered a not guilty plea. ECF No. 27.

8. The next Court date is May 9, 2025, set for trial setting and a hearing on pretrial motions.

9. Defendants SORDILLA and AUSTIN filed motions to compel discovery and preserve evidence.

10. Defendants are charged in a criminal Indictment with conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code Section 1349 (count one), and conspiracy to commit money laundering, in violation of Title 18, United States Code Section 1956(h) (count two). The parties represent that the discovery is voluminous and includes numerous search and seizure warrant affidavits and related documents, financial records, reports of interviews, email correspondence, business records, and phone downloads.

11. As a result of the complexity of the case and the time needed to review and make effective use of the discovery, the defense requires additional time to evaluate which, if any, novel issues of law to pursue and how to defend the case.

12. The Court, therefore, grants the parties' joint motion to continue the May 9, 2025, motion hearing date to August 29, 2025. The Court finds that time from May 9, 2025, to August 29, 2025, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the grounds that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

13. In making this finding, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Based on the complexity of the case as described in the parties joint motion, the Court finds that the failure to grant such a continuance would result in a

miscarriage of justice; that the case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits otherwise prescribed by the Speedy Trial Act; and that failure to grant such a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, good cause having been shown, and pursuant to 18 U.S.C. § 3161(h)(7)(A) (in the interests of justice, based on the complexity of the case, among other factors) it is hereby ORDERED that the motion hearing/trial setting currently set for May 9, 2025, is continued to August 29, 2025, at 1:30 p.m.  The time from May 9, 2025, until August 29, 2025, is excluded from Speedy Trial Act calculations.

IT IS SO ORDERED.

Dated:  April 8, 2025

Hon. Janis L. Sammartino
United States District Judge