ADAM GORDON
United States Attorney
OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney
California Bar No. 265442
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel:  (619) 546-9769
Email:  Oleksandra.Johnson@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 24CR2712-JLS |
| Plaintiff, | Date: December 12, 2025 |
| v. | Time 1:30 p.m. |
| GEMMA TRAYA AUSTIN (1), MICHAEL CRIS TRAYA SORDILLA (2), BRYAN NAVALES TAROSA (3), | **UNITED STATES' RULE 16.1 STATUS REPORT** |
| Defendants. | |

The United States of America, by and through its counsel, United States Attorney, Adam Gordon, and Assistant U.S. Attorney, Oleksandra Y. Johnson, files its Rule 16.1 Status Report.

## BACKGROUND

On December 20, 2024, an Indictment charging GEMMA AUSTIN, MICHAEL CRIS TRAYA SORDILLA and BRYAN NAVALES TAROSA with conspiracy to commit mail and wire fraud (count one) and conspiracy to commit money laundering (count two) was filed in this case. ECF No. 16. Defendants AUSTIN and TAROSA were arraigned on the Indictment on December 24, 2024, and entered not guilty pleas.   ECF Nos. 17, 18. Defendant SORDILLA was arraigned on the Indictment on January 7, 2025, and entered a not guilty plea.  ECF No. 27.

1  The government alleges that in the course of the conspiracy, which spanned over several years, Defendants defrauded hundreds of individuals in a book publishing scam, and used multiple bank accounts to receive and launder victim proceeds. To date, the government has identified payments from approximately 800 individual potential victims, totaling approximately over $47 million.

## STATUS

The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 regarding a timetable and procedures for pretrial disclosure. The parties jointly moved for a protective order, and the Court has entered protective orders regarding discovery. ECF Nos. 34, 60, 61. Discovery is ongoing. Given the number of victims and transactions, numerous financial accounts, and the length of time, discovery is extensive. From January 2025 until September 2025, the government produced 6 rounds of discovery comprising over 2 terabytes of data. This consists of defendants' post-arrest statements, investigative reports, interviews of victims and supporting documentation, numerous search and seizure warrant affidavits and related documents, financial records, email correspondence, business and court records, phone extractions, and forensic computer downloads. The government anticipates producing more discovery as it becomes available. At this time, there are no discovery disputes.

DATED: December 8, 2025                          Respectfully submitted,

                                                      ADAM GORDON
                                                      United States Attorney

                                                      */s/ Oleksandra Y. Johnson*
                                                      OLEKSANDRA Y. JOHNSON
                                                      Assistant U.S. Attorney

                                                      Attorneys for Plaintiff
                                                      UNITED STATES OF AMERICA