# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEMMA TRAYA AUSTIN (1),<br>MICHAEL CRIS TRAYA SORDILLA (2),<br>BRYAN NAVALES TAROSA (3),<br>MICHEAL GLENN AUSTIN (4),<br><br>　　　　Defendants. | Case No.: 24CR2712-JLS<br><br>**ORDER GRANTING THE JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 30, 2026, TO APRIL 10, 2026** |

The Court finds as follows:

　　1.　　On December 9, 2024, a sealed complaint charging defendants MICHAEL CRIS TRAYA SORDILLA ("SORDILLA") and BRYAN NAVALES TAROSA ("TAROSA") with conspiracy to commit mail and wire fraud was filed in case 24-mj-04583-JLB.

　　2.　　On December 12, 2024, a sealed complaint charging defendant GEMMA TRAYA AUSTIN ("GEMMA AUSTIN") with conspiracy to commit money laundering was filed in case 24-mj-04657-JLB.

　　3.　　Defendants SORDILLA and TAROSA were arrested in the Southern District of California on December 9, 2024, and first appeared before a judicial officer of this court on December 10, 2024.

　　4.　　Defendant GEMMA AUSTIN was arrested in the Southern District of California on December 12, 2024, and made her initial appearance before a judicial officer of this court on December 13, 2024.

5. An Indictment charging GEMMA AUSTIN, SORDILLA, and TAROSA was filed in this case on December 20, 2024. ECF No. 16.

6. Defendants GEMMA AUSTIN and TAROSA were arraigned on the Indictment on December 24, 2024, and entered not guilty pleas. ECF Nos. 17, 18.

7. Defendant SORDILLA was arraigned on the Indictment on January 7, 2025, and entered a not guilty plea. ECF No. 27.

8. On April 8, 2025, the Court declared this case complex. ECF No. 52.

9. A Superseding Indictment charging the original defendants GEMMA AUSTIN, SORDILLA, TAROSA, and a new defendant, MICHEAL GLENN AUSTIN, with conspiracy to commit mail and wire fraud (count one) and conspiracy to commit money laundering (count two) was filed on December 11, 2025. ECF No. 73.

10. Defendant MICHEAL GLENN AUSTIN appeared on a criminal summons and was arraigned on the Superseding Indictment on December 18, 2025, entering a not guilty plea. ECF No. 81.

11. Defendants GEMMA AUSTIN, SORDILLA, and TAROSA were arraigned on the Superseding Indictment on December 19, 2025, and entered not guilty pleas. ECF No. 86.

12. The next Court date is a status hearing on January 30, 2026.

13. Defendants SORDILLA and GEMMA AUSTIN filed motions to compel discovery and preserve evidence.

14. Defendants are charged with conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code Section 1349 (count one), and conspiracy to commit money laundering, in violation of Title 18, United States Code Section 1956(h) (count two). The parties represent that the discovery is voluminous and includes numerous search and seizure warrant affidavits and related documents, financial records, reports of interviews, email correspondence, business records, and phone downloads.

15.     As a result of the complexity of the case and the time needed to review and make effective use of the discovery, the defense requires additional time to evaluate which, if any, novel issues of law to pursue and how to defend the case.

16.     The Court, therefore, grants the parties' joint motion to continue the January 30, 2026, status hearing date to April 10, 2026.  The Court finds that time from January 30, 2026, to April 10, 2026, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the grounds that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

17.     In making this finding, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B).  Based on the complexity of the case as described in the parties joint motion, the Court finds that the failure to grant such a continuance would result in a miscarriage of justice; that the case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits otherwise prescribed by the Speedy Trial Act; and that failure to grant such a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, good cause having been shown, and pursuant to 18 U.S.C. § 3161(h)(7)(A) (in the interests of justice, based on the complexity of the case, among other factors) it is hereby ORDERED that the status hearing currently set for January 30, 2026, is continued to April 10, 2026, at 1:30 p.m.  The time from January 30, 2026, until April 10, 2026, is excluded from Speedy Trial Act calculations.

IT IS SO ORDERED.

Dated: January 26, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge